# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SARETTA GROSS,<br><br>    *Appellant*,<br><br>v.<br><br>UNITED PARCEL SERVICE, et al.,<br><br>    *Appellees*. | CASE NO. 23-10808 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Consistent with 11th Cir. R. 26.1-1(a), United Parcel Service Inc. submits this Certificate of Interested Persons and Corporate Disclosure Statement ("CIP") and certifies that this CIP is complete. In alphabetical order, with one name per line, UPS lists the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Abramson, Max

2. Burch, Thomas

3. Daniels -Long, David

4. Eisenlohr-Moul, Kelly

1

Gross, Saretta v. United Parcel Service, et al.
Case No. 23-10808

5. Fagan, Jr., James

6. Geraghty, Hon. Sarah Elisabeth

7. Gross, Saretta Mildrid

8. Harrison, Leila

9. Kuley, L. Suzanne

10. Lumpkin, M. Allyson

11. Martenson Hasbrouck & Simon LLP

12. Moore, William Patrick

13. Ramson, F. Angela

14. Schoenfeld, Michael

15. Shatzer, Jake

16. Squire Patton Boggs, LLP

17. Stanford Fagan, LLC

18. Teamsters Local 728

19. United Parcel Service, Inc.

20. United Parcel Service, Inc., an Ohio corporation and indirect, wholly owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No publicly held company owns 10% or more of United

**Gross, Saretta v. United Parcel Service, et al.**
**Case No. 23-10808**

Parcel Service, Inc.'s stock.

21. University of Georgia School of Law Appellate Litigation Clinic

Dated: November 16, 2023.

        Respectfully submitted,

        */s/ Kelly Eisenlohr-Moul*

        Kelly Eisenlohr-Moul
        Georgia Bar No. 558153
        Martenson Hasbrouck & Simon LLP
        500 Davis Street; Suite 1003
        Evanston, IL 60201
        T: (224) 350-3124
        F: (312) 586-8546
        keisenlohr-moul@martensonlaw.com

        *Counsel for United Parcel Service, Inc.*

## DEFENDANT-APPELLEE'S MOTION FOR A SECOND REQUEST FOR AN EXTENSION OF TIME

Defendant-Appellee United Parcel Service, Inc. ("UPS" or "the Company"), through counsel and pursuant to 11th Cir. R. 31–2(d), respectfully requests a nineteen-day extension of time to file its opening brief. On October 12, 2023, the Clerk granted an over-the-phone extension, moving UPS's opening brief deadline from October 30, 2023, to November 29, 2023. UPS now seeks to move the deadline to file its opening brief to Monday, December 18, 2023—less than three weeks beyond its current deadline. As grounds therefore, UPS states as follows.

The Company first emphasizes that on November 11, 2023, it sought in good faith to attain opposing counsel's consent to its Second Request for an Extension of Time. Opposing counsel for Plaintiff-Appellant, Thomas Burch, informed counsel for UPS—Kelly Eisenlohr-Moul and William Moore—that he understood that counsel would move for a second extension, but did not agree to the extension in advance, as his client does not want to delay litigation. UPS respects and understands Mr. Burch's position and advocacy for his client. Nevertheless, UPS respectfully asks this Court to grant a nineteen-day extension to file its opening brief.

The Company strongly desires to explore settlement opportunities before filing its brief to resolve this case. Ultimately, UPS would prefer to resolve this case promptly, in good faith, and for a fair value to all parties. Extending the briefing schedule once more would permit the Parties to explore settlement opportunities,

4

while continuing to brief this Court on the issues before it. And a successful resolution would avoid siphoning the Court's limited time and resources to rule on a typical single-plaintiff employment discrimination lawsuit.

UPS is prepared to file its opening brief on November 29, 2023, and understands the Court's reluctance to grant second extensions. Regardless, the Company believes an additional nineteen-day extension will not unduly delay this litigation. To the contrary, permitting this short extension could result in an early resolution of this case, as opposed to the drawn-out series of deadlines that will follow the filing of the Company's opening brief. Accordingly, UPS respectfully requests that this Court grant its Second Motion for an Extension of Time.

Respectfully submitted this sixteenth day of November, 2023.

**MARTENSON, HASBROUCK & SIMON LLP**

*/s/ Kelly Eisenlohr-Moul*

Kelly Eisenlohr-Moul, Esq.

500 Davis St.

Suite 1003

Evanston, IL 60201

T: (224) 350-3120

F: (312) 586-8546

keisenlohr-moul@martensonlaw.com

William Patrick Moore

2573 Apple Valley Road NE

Atlanta, Georgia 30319

T: (404) 390-2399

F: (404) 909-8100

wmoore@martensonlaw.com

*Counsel for United Parcel Service, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this sixteenth day of November 2023, I electronically filed this document with the Court, which will automatically notify all parties or counsel of record.

Pursuant to 11th Cir. R. 27-1, I further certify that UPS, the represented party, has been served with a copy of this motion by email and by regular mail at the following address:

Mariana Griffiths
UPS Legal Department
55 Glenlake Parkway, NE
Atlanta, GA 30328
marianagriffiths@ups.com
T: (678) 427-6117

                                               */s/ Kelly Eisenlohr-Moul*
                                               Kelly Eisenlohr-Moul